UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

       Plaintiff,                      Criminal No. 21-mj-30092

v.

ANTHONY SHERRARD WILSON,

       Defendant.
_____/

**<u>MOTION TO UNSEAL COMPLAINT, ARREST WARRANT AND AFFIDAVIT</u>**

The United States of America, by its undersigned attorneys, respectfully requests the court to unseal the Complaint, Warrant of Arrest, and Affidavit for complaint for the following reasons:

    1.    That the defendants has been arrested on the complaint by law enforcement officers.

    2.    That the United States is no longer apprehensive that the defendants may flee prior to appearance on the complaint.

                                        Respectfully submitted,

                                        SAIMA S. MOHSIN
                                        Acting United States Attorney

                                        s/ *Rosemary Wummel Gardey*
                                        Rosemary Wummel Gardey
                                        Assistant United States Attorney
                                        211 W. Fort Street, Suite 2001
                                        Detroit, MI 48226
Dated:  March 3, 2021                313-226-0285
                                        Rosemary.Gardey@usdoj.gov

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                      Criminal No.   21-mj-30092

v.

IN RE:   SEALED MATTER

      Defendant.
_____/

## ORDER TO UNSEAL COMPLAINT, ARREST WARRANT AND AFFIDAVIT

IT IS HEREBY ORDERED that the complaint, warrant for arrest, and affidavit for complaint be UNSEALED.

                                           **s/Elizabeth A. Stafford**
                                           Honorable Elizabeth A. Stafford
                                           United States Magistrate Judge

Dated: March 3, 2021